DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**KEVIN CUTTS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-3854

[June 18, 2020]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Nineteenth Judicial Circuit, St Lucie County; Michael C. Heisey, Judge; L.T. Case No. 1995CF000138.

Kevin Cutts, Bowling Green, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, GERBER and KLINGENSMITH, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***